IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| KIMBERLY ANN BLEILER | : | CASE NO.: 5:25-bk-01584-MJC |
| DEBTOR | : | |

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of Motion of the United States Trustee to Dismiss and Impose a Bar to Refiling, Doc. 5 ("Motion"), the record as a whole, after a hearing held on June 24, 2025, and for the reasons stated on the record, **IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED.**

2. The instant case is **DISMISSED WITH PREJUDICE**; and

3. Debtor is **BARRED** from filing a bankruptcy case in this District for a **period of one hundred eighty (180) days** from the date of this Order; and

4. The Clerk of Court is directed to CLOSE this case, and refuse to accept any future attempted bankruptcy petition filings by the Debtor during the injunction period, without a prior order of the Court authorizing any subsequent bankruptcy case filing.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 24, 2025